JAP:TF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M 11-1035**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSE CASANOVA,

                Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

        GREGORY BROOKS, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

        Upon information and belief, on or about October 19, 2011, within the Eastern District of New York and elsewhere, defendant JOSE CASANOVA did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about October 19, 2011, JOSE CASANOVA arrived at John F. Kennedy International Airport ("J.F.K. Airport") in Queens, New York, aboard LAN Flight Number 530 from Lima, Peru.

2. Defendant JOSE CASANOVA was selected for a Customs and Border Protection ("CBP") examination of his luggage. During that inspection, he presented one carry-on bag and two checked suitcases for inspection, and identified all of this luggage as his. While inspecting one of the suitcases, a CBP officer discovered a red poncho with numerous buttons on it. Further probing of one of the buttons revealed a white, powdery substance that field-tested positive for cocaine. The defendant JOSE CASANOVA was then placed under arrest.

3. Further inspection of that same suitcase revealed sixteen more ponchos, each with buttons concealing cocaine. The second suitcase also contained a poncho with buttons concealing cocaine. The total approximate gross weight of the cocaine found in defendant JOSE CASANOVA's suitcases is 5,3334 grams.

4. Upon arrest, the defendant JOSE CASANOVA was advised of his <u>Miranda</u> rights and waived them in writing. He

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

then stated, in sum and substance, that he was transporting the suitcases to the United States for a friend and that he did not know they contained any contraband.

WHEREFORE, your deponent respectfully requests that defendant JOSE CASANOVA be dealt with according to law.

Gregory Brooks
Special Agent
Homeland Security Investigations

Sworn to before me this
20th day of October, 2011

THE I
UNITI
EASTI

Carter